**Order entered February 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00948-CV

**RBC CAPITAL MARKETS, LLC, Appellant**

**V.**

**HIGHLAND CAPITAL MANAGEMENT, L.P., Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02034-D**

## ORDER

We **GRANT** appellant's February 4, 2014 unopposed motion for an extension of time to file its combined reply/cross-appellee's brief. Appellant shall file its combined reply/cross-appellee's brief on or before **MARCH 26, 2014**.

/s/ ADA BROWN
   JUSTICE